UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

UNITED STATES OF AMERICA

v.                                                                Case Number: 7:22−cr−00915

Jorge O'Cana, Jr

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

J Scott Hacker

**PLACE:**
8th Floor Courtroom
Bentsen Tower
1701 W. Hwy. 83
McAllen, Texas 78501

**DATE:** 4/17/2025

**TIME:** 08:30 AM

**TYPE OF PROCEEDING:** Motion Hearing
Motion to Continue – #143

Date: April 14, 2025

Nathan Ochsner, Clerk