UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CAUSE NO. 7:22-CR-0915-02 |
| | § | |
| VERONICA O'CANA | § | |

## ADVISORY TO THE COURT

The court has set a hearing for 8:30 a.m. on April 17, 2025 on the Defendant Veronica O'Cana's motion for continuance and has required the physical presence of the Defendant. The Defendant is scheduled for surgery at 7:30 a.m. on the same date, April 17, 2025. This surgery will require a three-week recovery time. If the court waives the appearance of the Defendant Veronica O'Cana at the hearing, counsel will still appear.

Respectfully submitted,

GROSS & ESPARZA, P.L.L.C.

/s/ Michael C. Gross
Michael C. Gross
State Bar No. 08534480
Southern Dist. Tex. No. 12795
1524 North Alamo Street
San Antonio, Texas 78215
(210) 354-1919
(210) 354-1920 (Fax)
Email: lawofcmg@gmail.com

Counsel for the Defendant,
VERONICA O'CANA

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of April 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to Roberto Lopez, Assistant United States Attorney, and I certify that there are no non-CM/ECF participants.

/s/ Michael C. Gross